**EFILED IN OFFICE**
CLERK OF STATE COURT
COBB COUNTY, GEORGIA
**19-A-509**

**SEP 19, 2019 04:19 PM**

*Angie J. Davis*
Angie T. Davis, Clerk of State Court
Cobb County, Georgia

IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

IOU CENTRAL, INC.,
    Plaintiff,

vs.

BUBBY'S BLINTZES, INC. and
ISAAC EKSTEIN,
    Defendants.

Civil Action File
No. 19A-509-6

**ORDER**

This case is before the court on (1) "Plaintiff IOU Central, Inc.'s Motion to Dismiss Counterclaims or, in the Alternative, for a More Definite Statement," (2) plaintiff's "Motion to Strike Answer and Counterclaims of Defendant Bubby's Blintzes, Inc.," and (2) plaintiff's "Motion to Strike Demand for Arbitration and Affirmative Defense of Arbitration in Defendants' Answer or, in the Alternative, to Stay and Compel Arbitration." These motions were filed and served by mail August 13, 2019. The motions have now been pending over thirty-three days, and none of the parties has requested a hearing. See Uniform State Court Rules 6.2 and 6.3; O.C.G.A. § 9-11-6(e). Upon consideration of the motions the court enters this order as follows.

**1.**
**Plaintiff IOU Central, Inc.'s Motion to Dismiss Counterclaims**
**or, in the Alternative, for a More Definite Statement**

On February 8, 2019, plaintiff IOU Central, Inc., filed its complaint in this case in which it asserted claims for compensatory money damages against defendant Bubby's Blintzes, Inc., for its alleged default as obligor on a promissory note and against defendant Isaac Ekstein for his alleged breach of obligations as guarantor with respect to the subject loan. On March 20, 2019, defendant Ekstein filed an "Answer with Affirmative Defenses and Counterclaims" on his behalf as well as on behalf of Bubby's Blintzes, Inc.

For reasons set out below, the answer and counterclaims purportedly filed and amended on behalf of defendant Bubby's Blintzes, Inc., are stricken.

As to the motion to dismiss defendant Ekstein's counterclaims, the court notes that on September 17, 2019, defendant Ekstein filed his "Amended Answer with Affirmative Defense and Counterclaims." Insofar as the pleadings are subject to amendment prior to entry of a pretrial order, plaintiff's pending motion to dismiss Ekstein's counterclaims is denied as currently presented.

## 2.
## Motion to Strike Answer and Counterclaims of Defendant Bubby's Blintzes, Inc.

Plaintiff IOU Central, Inc., filed its complaint in this case on February 8 2019. Although a purported answer and counterclaims were filed on March 20, 2019, on behalf of defendant Bubby's Blintzes, Inc., by co-defendant Isaac Ekstein, that individual is not an attorney licensed to practice law in the State of Georgia. Only an attorney licensed to practice law in this State may file pleadings on behalf of a corporate entity. Eckles v. Atlanta Technology Group, Inc., 267 Ga. 801 (2) (1997). Accordingly, plaintiff's motion to strike the answer and counterclaims of defendant Bubby's Blintzes, Inc., is granted, and said defendant's answer and counterclaims are hereby stricken. The purported amended answer and counterclaims filed by defendant Ekstein on behalf of the corporate defendant are also stricken for the same reason.

## 3.
## Motion to Strike Demand for Arbitration and Affirmative Defense of Arbitration in Defendants' Answer or, in the Alternative, to Stay and Compel Arbitration.

Plaintiff states in the present motion that although defendants have demanded that this case be resolved by arbitration, they have refused to pay their share of the arbitration fees and costs. It is hereby ordered that within thirty days from the date of this order, defendants are to pay their share of the arbitration fees and costs. Upon timely payment of the fees and costs, this court will enter its order staying further proceedings in this court. Counsel for plaintiff is to advise this court as to whether or not such fees and costs have been timely paid.

So ordered, this __19th__ day of September, 2019.

_____
Toby Prodgers, Judge

## CERTIFICATE OF SERVICE

This is to certify that I have this date served copies of the within and foregoing Order by mailing same (through the Cobb County Mail System, and/or through the PeachCourt Electronic Filing Portal) to the parties in this case as follows:

Jeff R. Joyce, Esq.
jjoyce@joycellp.com

James W. Hays, Esq.
beau@hpmlawatl.com

Isaac Ekstein
6 Kalev Way
Apt 102
Monroe, NY 10950

Bubby's Blintzes, Inc.
c/o Isaac Ekstein, Reg Agt.
6 Kalev Way, Apt 102
Monroe, NY 10950

This 19th day of September, 2019.

*Kay Corbin*
Kay Corbin
Judicial Assistant to Judge Toby Prodgers
State Court of Cobb County
(770) 528-1731